STATE OF NEW JERSEY v. RICHARD H. FORT.

February 11, 1985.

Petition for certification denied.   (See 197 *N.J.Super.* 113)

STATE OF NEW JERSEY v. MILTON HERNANDEZ.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE KING.

February 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES LETT.

February 11, 1985.

Petition for certification denied.